# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2012

Robert P. Young, Jr.,
Chief Justice

144304 & (30)

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

ROGER NEWELL and ARELENE NEWELL,
      Plaintiffs/Counter-Defendants-
      Appellants,

v

                                 SC: 144304
                                 COA: 299543
                                 Lapeer CC: 09-041526-CZ

VILLAGE OF OTTER LAKE,
      Defendant/Counter-Plaintiff-
      Appellee,

and

COUNTY OF LAPEER,
      Defendant.

_____/

On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the November 15, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2012

p0522

                                Clerk